# MEMORANDUM DECISIONS.

ABRAMSOHN v. GOLDBERG. (Supreme Court, Appellate Division, First Department. January 29, 1907.) In the matter of Aaron Abramsohn against Harris Goldberg. No opinion. Motion granted with $10 costs. Order filed.

ALDRICH, Appellant, v. ALDRICH, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Levy Aldrich against Nellie Aldrich. PER CURIAM. Judgment affirmed, with costs.
WILLIAMS, J., dissents.

ALNUTT, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) Action by John L. Alnutt against Alfred Smith. No opinion. Order affirmed, with $10 costs and disbursements.

ALTMAN, Respondent, v. MERONI, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Benjamin Altman against Adele Meroni. J. H. Harris, for appellant. C. F. Gehrmann, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
INGRAHAM, J., dissents.

ANDERSON, Appellant, v. FRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by William B. Anderson, as ancillary administrator of the estate of Mary Elizabeth Purkess, deceased, against John C. Fry and William H. Fry, as executors of the estate of John C. Fry, deceased. No opinion. Motion denied.

ARMS, Appellant, v. NAVARRE HOTEL & IMPORTATION CO., Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Frank T. Arms against the Navarre Hotel & Importation Company. M. B. Butler, for appellant. J. H. Shaffer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BANK OF AMITYVILLE, Respondent, v. RAYNOR, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by the Bank of Amityville against Eleanor McCullin Raynor, as executrix of the last will of George C. Raynor, deceased. No opinion. Judgment affirmed, with costs.

BARRY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Mary Agnes Barry, an infant, against the New York Central & Hudson River Railroad Company.
PER CURIAM. Order affirmed, with costs.
ROBSON, J., not sitting.

BASILIO, Respondent, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Arcoria Basilio against John B. McDonald and Andrew Onderdonk, doing business under the firm name and style of McDonald & Onderdonk. No opinion. Motion denied.

In re BASTRESS. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of the application of John E. Bastress for admission to the bar. No opinion. Application granted.

BENTLEY, Respondent, v. BRONSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Eugene E. Bentley against Horace L. Bronson and another.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event.
McLENNAN, P. J., and WILLIAMS, J., dissent.

BERGER v. WEIDENFELD et al. (two cases). (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Maurice Berger against Camille Weidenfeld and another. No opinion. Motions denied, with $10 costs. Orders filed.

BESBY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Josephine Besby against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BEYER, Respondent, v. CITY OF NORTH TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Charlotte Beyer against the city of North Tonawanda. No opinion. Judgment and order affirmed, with costs.

BEYER, Respondent, v. H. HUBER CO., Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Augusta H. Beyer against the H. Huber Company. D. Asch, for appellant. C. B. Pierce,